UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA, | CASE NO. C24-1337-KKE |
| Plaintiff(s), | ORDER |
| v. | |
| LEESA MANION, et al., | |
| Defendant(s). | |

Plaintiff, proceeding *pro se*, filed a proposed complaint on August 26, 2024, without either paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The Court instructed Plaintiff to either pay the fee or complete an IFP application by September 30, 2024. Dkt. No. 3. The Court also instructed Plaintiff to file a required civil cover sheet. *Id*. The Court instructed Plaintiff that these deficiencies must be corrected by September 30, 2024, or else the case may be dismissed. *Id*.

Plaintiff filed a document titled "Proposed Ex Parte Judgment," but did not pay the filing fee, complete an IFP application, or file a civil cover sheet. Dkt. No. 4. Because Plaintiff has failed to cure the filing deficiencies by the deadline, the clerk is directed to close this case.

Dated this 2nd day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1